1:30 P.M.
THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)

MONDAY, MARCH 11, 2024

Coram: BIBAS, MONTGOMERY-REEVES and *ROTH, Circuit Judges

*ZOOM CONFERENCE

No. 23-1633/ 23-1634/ 23-1641

DELAWARE STATE SPORTSMENS
ASSOCIATION INC; et al.
v.
DELAWARE DEPARTMENT OF
SAFETY AND HOMELAND SECURITY; et al.

GABRIEL GRAY;
WILLIAM TAYLOR; et al.,
Appellants in No. 23-1633

FIREARMS POLICY COALITION INC.;
SECOND AMENDMENT FOUNDATION INC.; et al.,
Appellants in No. 23-1634

DELAWARE STATE SPORTSMENS
ASSOCIATION INC.;
BRIDGEVILLE RIFLE AND PISTOL CLUB LTD; et al.,
Appellants in No. 23-1641

| Counsel for Appellants | Counsel for Appellees |
|---|---|
| JOHN D. OHLENDORF<br>[Appellants Gray; et al. in no. 23-1633]<br>(8 minutes per Court) | DAVID E. ROSS<br>[Appellees in no. 23-1633]<br>(15 minutes per Court) |
| ERIN E. MURPHY<br>[Appellants DSSA; et al. in no. 23-1641]<br>[Amicus – NSSF]<br>(17 minutes per Court) | JEREMY FEIGENBAUM<br>[Amicus – State of Massachusetts; et al.]<br>(10 minutes per Court) |
| (25 minutes per Court) | (25 minutes per Court) |

PAGE TWO – CONTINUED                MONDAY, MARCH 11, 2024

Coram: BIBAS, MONTGOMERY-REEVES and *ROTH, Circuit Judges

No. 23-1396

NORAMCO LLC
v.
DISHMAN USA, INC.,
Appellant

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| STAMATIOS STAMOULIS | JENNIFER M. MOHAMED |
| (15 minutes per Court) | (15 minutes per Court) |

_____

No. 23-2005

UNITED STATES OF AMERICA,
Appellant
v.
TAIKWAN PRITCHETT

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| BENJAMIN L. WALLACE | DAVID L. PUGH |
| (15 minutes per Court) | (15 minutes per Court) |

PAGE THREE – CONTINUED                MONDAY, MARCH 11, 2024

Coram: BIBAS, MONTGOMERY-REEVES and *ROTH, Circuit Judges

S U B M I T T E D

No. 20-2431/ 23-1291
Pursuant to 3rd Cir. LAR 34.1(a)

ANGELO RESCIGNO, SR.,
Executor of the Estate of Cheryl B. Canfield
v.
STATOIL USA ONSHORE PROPERTIES INC;
STATOIL NATURAL GAS LLC; et al.

ALAN MARBAKER;
CAROL MARBAKER; et al.
Appellants in No. 20-2431

Martha Adams and all other Objectors,
Appellants in No. 23-1291

_____

No. 23-1754
Pursuant to 3rd Cir. LAR 34.1(a)

CRUM & FORSTER SPECIALTY INSURANCE COMPANY
v.
DETECT TANK SERVICES, LLC;
MOTT TANK INSPECTION, INC.; et al.

DETECT TANK SERVICES, LLC;
MOTT TANK INSPECTION, INC.,
Appellants

_____

No. 23-2337
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
THOMAS SHER,
Appellant